# SEYFARTH SHAW LLP
### ATTORNEYS



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/2012

620 Eighth Avenue
New York, New York 10018
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

MEMO ENDORSED

Writer's direct phone
(212) 218-3332

Writer's e-mail
HWexler@seyfarth.com

**Application Granted / ~~Denied~~
So Ordered.**

*Cathy Seibel*
Cathy Seibel, U.S.D.J.

Dated: 5/3/12

May 2, 2012

**VIA FAX (914-390-4278)**

The Honorable Cathy Seibel
United Stated District Judge
United States District Court for the Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

    Re:    **Rose Camilleri v. Zales Corporation, 12 CV 3298 (CS) (LMS)**

Dear Judge Seibel:

    We represent Defendant Zale Corporation (incorrectly referred to in the Summons with Notice as "Zales" Corporation, hereinafter, "Defendant") in the above referenced matter. Defendant submits this letter to request an adjournment of its time to answer, or otherwise move, pursuant to 1(E) of Your Honor's Individual Practices.

    On or about January 5, 2012, plaintiff Rose Camilleri ("Plaintiff") filed a Summons with Notice with the Clerk of the Supreme Court of the State of New York, Orange County (*Camilleri v. Zales Corporation*, Index No. 2012-165); *See* NY CPLR 304(a) & 305(b). In the Summons with Notice, Plaintiff alleges Defendant violated three federal statutes, *inter alia*, Title VII of the Civil Rights Act of 1964 ("Title VII"); the Americans with Disabilities Act ("ADA"); and the Age Discrimination in Employment Act ("ADEA"). On March 28, 2012 a copy of the Summons with Notice was served on the New York State Secretary of State.

    As Plaintiff's Summons with Notice constituted an initial pleading for removal purposes, Defendant timely removed this matter on April 26, 2012 pursuant to 28 U.S.C. § 1446(b). *See e.g., Swain v. Brookdale Senior Living*, 2009 U.S. Dist. LEXIS 88835 (W.D.N.Y. Sept. 24, 2009) ("It is well-settled that a summons with notice will be found to constitute an initial pleading for removal purposes so long is it provides enough information for the defendant to intelligently ascertain removability.")

    To date, Defendant has yet to have been served with a complaint. While the Summons with Notice provided enough information for Defendant to ascertain removability on grounds of federal question jurisdiction pursuant to 28 U.S.C. § 1331, Defendant is not in a position to submit an

LONDON  WASHINGTON, D.C.  SAN FRANCISCO  SACRAMENTO  NEW YORK  LOS ANGELES  HOUSTON  CHICAGO  BOSTON  ATLANTA

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK



The Honorable Cathy Seibel
Wednesday, May 02, 2012
Page 2

answer, or otherwise move, without receipt of a complaint setting forth, with specific factual allegations, the requisite elements of each claim asserted by Plaintiff.

Today, March 2, 2012, Plaintiff's counsel informed the undersigned that he does intend to file a complaint, however, is not sure by what date he will do so. The current deadline for Defendant to answer or otherwise move is tomorrow, May 3, 2012. *See* Fed. R. Civ. Pro. 81(c)(2). Accordingly, we respectfully request that Defendant's time to answer, or otherwise move, be stayed until two (2) weeks after such time that Plaintiff serves her complaint in accordance with this Court's rules. Plaintiff's counsel consents to this adjournment request.

Thank you for Your Honor's consideration of this request.

                Respectfully yours,

                SEYFARTH SHAW LLP


                /s Howard M. Wexler
                Howard M. Wexler

cc:    Leonard Quartaro Esq. (via Fed Ex)

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK ♻

620 Eighth Avenue

New York, New York 10018

(212) 218-5500

Fax (212) 218-5526

www.seyfarth.com

# Facsimile Transmission

Date: May 2, 2012

| **RECIPIENT** | **COMPANY** | **PHONE NO.** | **FAX NO.** |
|---|---|---|---|
| **Hon. Cathy Seibel** | U.S.D.C., S.D.N.Y. | | **914-390-4278** |

**FROM:** Howard Wexler

**PHONE:** (212) 218-3332

**RE:** *Rose Camilleri v. Zales Cororation*,    **REPLY FAX NO.:** (917) 344-1314
U.S.D.C., S.D.N.Y. 12 CV 3298(CS)(LMS)

| File No: | 33056-07 | **Number of Pages, Including Cover:** | 3 |
|---|---|---|---|

☐ Hard copy to follow            ☒ Hard copy will not follow
☐ Per your request               ☐ Please review and revise if necessary
☐ Please telephone me

**MESSAGE:**

THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL AND MAY ALSO CONTAIN PRIVILEGED ATTORNEY-CLIENT INFORMATION OR WORK PRODUCT. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THE FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE. THANK YOU.

ANY TAX INFORMATION OR WRITTEN TAX ADVICE CONTAINED HEREIN (INCLUDING ANY ATTACHMENTS) IS NOT INTENDED TO BE AND CANNOT BE USED BY ANY TAXPAYER FOR THE PURPOSE OF AVOIDING TAX PENALTIES THAT MAY BE IMPOSED ON THE TAXPAYER. (THE FOREGOING LEGEND HAS BEEN AFFIXED PURSUANT TO U.S. TREASURY REGULATIONS GOVERNING TAX PRACTICE.)

**IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE PHONE (212) 218-5500 AS SOON AS POSSIBLE.**