# SEYFARTH SHAW LLP
### ATTORNEYS

*Conference adjourned to:*
*10/26/2012 @*
*10:00 AM —*

**So Ordered.**

*Cathy Seibel*
Cathy Seibel, U.S.D.J.

Dated: 9/5/12

**MEMO ENDORSED**

620 Eighth Avenue
New York, New York 10018
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-3332

Writer's e-mail
HWexler@Seyfarth.com

September 4, 2012

**VIA FAX (914-390-4278)**

The Honorable Cathy Seibel
United Stated District Judge
United States District Court for the Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

    Re:    <u>Rose Camilleri v. Zales Corporation, 12 CV 3298 (CS)</u>

Dear Judge Seibel:

    We represent Defendant Zale Corporation (incorrectly referred to in the Summons with Notice as "Zales" Corporation, hereinafter, "Defendant") in the above referenced matter.

    Pursuant to the Court's Notice of Initial Conference dated August 10, 2012 and in accordance with Rule 16 of the Federal Rules of Civil Procedure, an initial case management conference was scheduled for September 26, 2012. We write with consent of Leonard Quartaro, Esq., counsel for Plaintiff Rose Camilleri, to request that the initial case management conference be adjourned. The reason for this request is that September 26th is the Jewish Holiday of Yom Kippur, and the undersigned is neither permitted to work nor travel on this date. This is the first request for such an extension of the initial case management conference. Plaintiff's counsel requests that the conference be rescheduled for the last week of October.

    Thank you for your consideration of this request.

                                         Respectfully yours,

                                         SEYFARTH SHAW LLP

                                         Howard M. Wexler

cc:    Leonard Quartaro (via email)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/2012

BRUSSELS | WASHINGTON, D.C. | SAN FRANCISCO | SACRAMENTO | NEW YORK | LOS ANGELES | HOUSTON | CHICAGO | BOSTON | ATLANTA

14804687v.1

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK



620 Eighth Avenue

New York, New York 10018

(212) 218-5500

Fax (212) 218-5526

www.seyfarth.com

# Facsimile Transmission

Date:  September 4, 2012

| RECIPIENT | COMPANY | PHONE NO. | FAX NO. |
|---|---|---|---|
| **Hon. Cathy Seibel** | US District Court - SDNY | | **914-390-4278** |

**FROM:** Howard Wexler

**PHONE:** (212) 218-3332

**RE:** Rose Camilleri v. Zales Corp.     **REPLY FAX NO.: (917) 344-1314**

| File No: | 12 CV 3298 (CS) | **Number of Pages, Including Cover:** | 2 |
|---|---|---|---|

☐ Hard copy to follow          ☐ Hard copy will not follow
☐ Per your request             ☐ Please review and revise if necessary
☐ Please telephone me

**MESSAGE:**

THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL AND MAY ALSO CONTAIN PRIVILEGED ATTORNEY-CLIENT INFORMATION OR WORK PRODUCT. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THE FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE. THANK YOU.

ANY TAX INFORMATION OR WRITTEN TAX ADVICE CONTAINED HEREIN (INCLUDING ANY ATTACHMENTS) IS NOT INTENDED TO BE AND CANNOT BE USED BY ANY TAXPAYER FOR THE PURPOSE OF AVOIDING TAX PENALTIES THAT MAY BE IMPOSED ON THE TAXPAYER. (THE FOREGOING LEGEND HAS BEEN AFFIXED PURSUANT TO U.S. TREASURY REGULATIONS GOVERNING TAX PRACTICE.)

IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE PHONE (212) 218-5500 AS SOON AS POSSIBLE.