UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
  Rose Camilleri,

                          Plaintiff,

                                          **NOTICE OF**
                                          **ADJOURNMENT OF**
                                          **CONFERENCE**
     -against-                            12 Civ. 3298 (CS)

  Zales Corp.,

                          Defendant.
-------------------------------------------------------------------x

The conference previously scheduled by this Court for October 26, 2012 at

10:00 a.m. *is adjourned by this Court to October 26, 2012 at 3:30 p.m.*

at the Charles L. Brieant United States Courthouse, 300 Quarropas St., White

Plains, NY 10601, Courtroom 621.

                                                          Alice F. Cama, Courtroom Deputy

Dated: White Plains, New York
       October 12, 2012

