THE LAW FIRM OF LEONARD QUARTARO
35B HERITAGE HILLS · SOMERS, NEW YORK · 10589
EMAIL ADDRESS: LENNYQ@COMCAST.NET
PHONE: 914-276-7676 · FAX: 914-206-4217

October 23, 2012

Hon. Cathy Seibel
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**MEMO ENDORSED**

Re: Rose Camilleri v. Zales Corporation, 12 CV 3298 (CS) (LMS)

Dear Hon. Cathy Seibel:

I am writing to request an adjournment of the upcoming October 26, 2012 conference and the entry of a 90 day conditional order, requiring my client to appear by new counsel and file her complaint within 90 days of the date of the order or have this action dismissed. The opposing counsel in this matter has already agreed to both requests.

Sincerely,

Leonard Quartaro, Esq
Attorney at Law

---

*The 10/26/12 conference is adjourned to: Jan. 4, 2013 @ 9:45 AM*

*If counsel wishes to withdraw, That must be sought via Order to Show Cause, submitted to chambers with supporting affidavit, and then served on the client. The OSC shall be submitted no later than 11/1/12. In the alternative, Plaintiff may consent to counsel's being relieved. The Complaint shall be filed no later than 12/12/12, either by new counsel or Plaintiff pro se.*

So Ordered.

Cathy Seibel, U.S.D.J.

Dated: 10/24/12

35B HERITAGE HILLS · SOMERS, NY · 10589
EMAIL ADDRESS: LENNYQ@COMCAST.NET
PHONE: 914-276-7676 · FAX: 914-206-4217

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/12