# SMITH, SOVIK, KENDRICK & SUGNET, P.C.
## ATTORNEYS AT LAW

JOHN TIMOTHY SMITH (1902-1984)
NELSON J. SMITH (1923-1967)
MARTIN F. KENDRICK (1917-1983)
LAURENCE SOVIK (1904-1998)

WILLIAM E. SUGNET, RETIRED
JAMES A. O'SHEA, RETIRED

KENNETH T. BOYD, OF COUNSEL

TELEPHONE: 315-474-2911
FACSIMILE: 315-474-6015
www.smithsovik.com

250 SOUTH CLINTON STREET, SUITE 600
SYRACUSE, NEW YORK 13202-1252

626 RXR PLAZA, WEST TOWER
SIXTH FLOOR, PMB #6679
UNIONDALE, NEW YORK 11556

(DIRECT ALL MAIL TO THE SYRACUSE ADDRESS)

LAURENCE F. SOVIK
JAMES D. LANTIER
MICHAEL P. RINGWOOD
KEVIN E. HULSLANDER
ERIC C. JOHNSON
STEVEN WARD WILLIAMS
JAMES W. CUNNINGHAM
EDWARD J. SMITH, III
ROBERT P. CAHALAN
PATRICK B. SARDINO
BRANDON R. KING
GABRIELLE MARDANY HOPE
KRISTIN L. NORFLEET
KRISTEN M. BENSON

DAVID A. D'AGOSTINO
DANIEL R. RYAN
ANTHONY R. BRIGHTON
KELLY C. O'CONNOR
ANN MAGNARELLI ALEXANDER
SUZANNE LEHMAN FRANCIS
MICHELLE M. DAVOLI
JOSE E. PEREZ
KRISTEN L. WILSON
AIMEE M. PAQUETTE
DAVID R. DUFLO
ANDREW S. HORSFALL

KENNETH T. BOYD
Voice Mail Extension 516-659-6020
kboyd@smithsovik.com

October 23, 2012

**MEMO ENDORSED**

*Via Facsimile To: (914) 390-4278*
Hon. Cathy Seibel
US District Judge, Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: Marcello Ottoni v. NTR Enterprises LLC and 1266 Pulasky Highway LLC
Civil Action No. 11-CV-3896

Dear Judge Seibel:

The undersigned represents defendant, NTR Enterprises LLC. This letter is submitted after consultation with plaintiff's counsel, Matthew Maiorana of Queller, Fisher et al. pursuant to the Court's directive at the pre-motion conference held October 9, 2012. Please be advised that the parties have agreed to participate in a non-binding mediation before Magistrate Judge George Yanthis. However, defendant wishes to have its motion briefed first so that the parties and Magistrate Judge Yanthis have the benefit of the briefed motion for discussion at the mediation. The motion papers will not be e-filed unless and until the mediation proves unsuccessful. Based upon respective counsel's trial schedules, the parties have agreed to the following briefing schedule for defendants' motion for (1) summary judgment against the plaintiff; and (2) in the alternative, a bifurcated trial, with the issue of liability to be tried first and, if necessary, the issue of damages to be tried thereafter pursuant to FRCP 42(b):

Defendant to serve its motion no later than December 31st;
Plaintiff to serve its opposition no later than January 31st;
Defendant to serve its reply no later than February 21st.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/12

Application Granted / ~~Denied~~
So Ordered.

*Cathy Seibel*
Cathy Seibel, U.S.D.J.

Dated: 10/24/12

SMITH, SOVIK, KENDRICK & SUGNET, P.C.

October 23, 2012
Page 2

  Thank you for your consideration.

         Respectfully submitted,

    SMITH, SOVIK, KENDRICK & SUGNET, P.C.

        *Kenneth T. Boyd*

        Kenneth T. Boyd

KTB/

cc: *Via Facsimile To: (212) 406-2313*
   Matthew Maiorana, Esq.
   Attorney for the Plaintiff

# SMITH, SOVIK, KENDRICK & SUGNET, P.C.

### ATTORNEYS AT LAW

250 SOUTH CLINTON STREET, SUITE 600
SYRACUSE, NEW YORK 13202-1252

JOHN TIMOTHY SMITH (1903-1964)
NELSON J. SMITH (1923-1967)
MARTIN P. KENDRICK (1917-1993)
LAURENCE SOVIK (1904-1993)

WILLIAM E. SUGNET, RETIRED
JAMES A. O'SHEA, RETIRED

KENNETH T. BOYD, OF COUNSEL

TELEPHONE: 315-474-2911
FACSIMILE: 315-474-6015
www.smithsovik.com

626 RXR PLAZA, WEST TOWER
SIXTH FLOOR, PMB #6679
UNIONDALE, NEW YORK 11556

(DIRECT ALL MAIL TO THE SYRACUSE ADDRESS)

LAURENCE F. SOVIK
JAMES D. LANTIER
MICHAEL P. RINGWOOD
KEVIN E. HULSLANDER
ERIC G. JOHNSON
STEVEN WARD WILLIAMS
JAMES W. CUNNINGHAM
EDWARD J. SMITH, III
ROBERT P. CAHALAN
PATRICK B. SARDINO
BRANDON R. KING
GABRIELLE MAROANY HOPE
KRISTIN L. NORFLEET
KRISTEN M. BENSON

DAVID A. D'AGOSTINO
DANIEL R. RYAN
KELLY C. O'CONNOR
ANN MACNARELLI ALEXANDER
SUZANNE K. LEHMAN
MICHELLE M. DAVOLI
JOSE E. PEREZ
KRISTEN L. WILSON
AIMEE M. PAQUETTE
DAVID R. DUFLO
ANDREW S. HORSFALL

KENNETH T. BOYD
Voice Mail Extension 516-659-6020
kboyd@smithsovik.com

## FAX TRANSMITTAL COVER SHEET

|  |  | **Fax Number** |
|---|---|---|
| TO: | Hon. Cathy Seibel | 914/390-4278 |
|  | Matthew J. Maiorana, Esq. | 212/406-2313 |
| FROM: | Kenneth T. Boyd, Esq. | 315-474-6015 |
| DATE: | October 23, 2012 |  |
| SUBJECT: | Ottoni v. NTR Enterprises (Civil Action No. 7:11-CIV-3896-CS) |  |
| Page 1 of 3 | Client/Matter No.: 37838 |  |

Message:

If you have questions concerning the transmittal of this fax, please contact: Diane Devine at (315) 474-2911.

___ Original will follow by:  ___ Regular Mail   ___ Express Mail   ___ Hand Delivery

_x_ Original will not follow

NOTICE: The information contained in this facsimile transmission is attorney privileged and confidential information intended for the addressee named above. If the reader is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the transmission to us by mail. Thank you.