MEMO ENDORSED

AFFIDAVIT OF SERVICE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/12

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF WESTCHESTER  )

The undersigned, being duly sworn, deposes and says:

1. I am over the age of eighteen, and I am not a party to this action.

2. On November 1, I served upon each of the following, by first class U.S. Mail, by depositing true copies of the documents listed below securely enclosed in a properly addressed first class postpaid wrapper in a post office under the exclusive care and custody of the United States Postal Service within New York State, addressed to the address or each of the addresses shown below, being the address or addresses designated by each such person or firm for that purpose: The attached Order to Show Cause, Affidavit and October 24, 2012 Court Order.

Rose Camilleri
8 Meore Way
Washingtonville, NY 10992-1810

_____
LEONARD QUARTARO

Sworn to before me this
07 December, 2012.

_____
Notary Public

ANA MARIA BRINGAS MERCADO
Notary Public - State of New York
NO. 01BR6269829
Qualified in Westchester County
My Commission Expires 10 09 2016

Mr. Quartaro's application to be relieved is DENIED. This affidavit shows that he served his client with the unsigned Order to Show Cause. There is no evidence that he served his client with the signed Order to Show Cause containing the return date. The Complaint remains due 12/12/12, and there is a conference 1/4/12 at 9:45 AM.

So Ordered.

_____
Cathy Seibel, U.S.D.J.

Dated: 12/10/12

THE LAW FIRM OF LEONARD QUARTARO
25 HERITAGE HILLS · SOMERS, NEW YORK · 10589
EMAIL ADDRESS: LENNYQ@COMCAST.NET
PHONE: 914-276-2676 · FAX: 914-206-4217

October 23, 2012

Hon. Cathy Seibel
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**MEMO ENDORSED**

Re: Rose Camilleri v. Zales Corporation, 12 CV 3298 (CS) (LMS)

Dear Hon. Cathy Seibel:

I am writing to request an adjournment of the upcoming October 26, 2012 conference and the entry of a 90 day conditional order, requiring my client to appear by new counsel and file her complaint within 90 days of the date of the order or have this action dismissed. The opposing counsel in this matter has already agreed to both requests.

Sincerely,

Leonard Quartaro, Esq
Attorney at Law

---

The 10/26/12 conference is adjourned to: Jan. 4, 2013 @ 9:45 AM

If counsel wishes to withdraw, That must be sought via Order to Show Cause submitted to chambers with supporting affidavit, and Then served on The client. The OSC shall be submitted no later Than 11/1/12. In The alternative, Plaintiff may consent to counsel's being relieved. The Complaint shall be filed no later Than 12/12/12, either by new counsel or Plaintiff pro se.

So Ordered.

Cathy Seibel, U.S.D.J.

Dated: 10/24/12

[STAMP: SDNY ELECTRONICALLY FILED DOC #: ___ DATE FILED: 10/24/12]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
Rose Camilleri,

                                 Docket No. 12 CV 3298

               Plaintiff,

       - against -                   ORDER TO SHOW CAUSE FOR

                                 ATTORNEY WITHDRAWAL
Zales Corporation,

               Defendant.
-----------------------------------------------------------------X

Upon the affidavit of Leonard Quartaro, sworn to this first day of November, 2012 that the above named defendant show cause at room 621, United States Courthouse, 300 Quarropas Street in the City of White Plains, County of Westchester and the State of New York on     , at o'clock in the      noon or as soon thereafter as counsel may be heard, why an order should not be issued allowing Leonard Quartaro, to withdraw his appearance as counsel for plaintiff in the above-entitled cause of action.

Dated: Somers, New York
        November 1, 2012

                                      LAW FIRM OF LEONARD QUARTARO

                                      By: _____
                                           LEONARD QUARATARO
                                      35B Heritage Hills
                                      Somers, New York 10589
                                      (914) 276-7676

                                      Attorney for Plaintiff
                                      Rose Camillieri

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
Rose Camilleri,

                                  Plaintiff,

      - against -

Zales Corporation,

                                Defendant.
-------------------------------------------------------------------X

Docket No. 12 CV 3298

Affidavit

Leonard Quartaro, being duly sworn, deposes and says:

1. I am the attorney for the plaintiff in this action

2. This action was originally commenced in New York State Court on January 5, 2012.

3. However it was moved to federal court by a motion made by the defendant on April 26, 2012.

4. Counsel respectively requests that he be allowed to withdraw on the grounds that he is not admitted to practice in federal court and that plaintiff's needs would be better served with an attorney who has experience in practicing in federal court.

5. The plaintiff is currently in the process of interviewing prospective attorneys and should conclude her search shortly.

6. As such the adequacy of plaintiff's representation should be greatly improved by my withdrawal.

7. On November 1, 2012 I served the attached order to show cause and affidavit on the plaintiff by placing a copy of it in an envelope, properly addressed to her at her home and the envelope was deposited by deponent in the United States Post Office postage prepaid.

8. On November 1, 2012 I served the attached order to show cause and affidavit on the attorneys for the defendant, by placing a copy of it in an envelope, properly addressed to them at their office and the envelope was deposited by deponent in the United States Post Office postage prepaid.

WHEREFORE, it is respectfully requested that this Court grant my request and issue an order permitting my withdrawal as counsel for the plaintiff.

Leonard Quartaro

Sworn to before me this
November 1, 2012

LANE R SCHORSCH
NOTARY PUBLIC-STATE OF NEW YORK
No. 01SC6241903
Qualified in Putnam County
My Commission Expires May 31, 2015

2