Rose Camilleri
8 Meore Way
Washingtonville, NY 10992
PH. 845-496-4315
Fax 845-913-9050


February 14, 2013


Hon. Cathy Seibel
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4140


**RE: Rose Camilleri v. Zales Corporation, 12 CV 3298**


Dear Hon. Cathy Seibel,

I am writing to request an additional extension on filing my complaint. Since my last fax I've been diagnosed with advanced stage lung cancer. I am currently receiving treatments on a daily basis. If treatments go well I will most likely have surgery in approximately 10 weeks. Unfortunately, I've been devoting all of my time and energy to my treatments and have not been able to secure a new lawyer to represent me. This is a very difficult time for me and my family and I would really appreciate your consideration in this matter.


Sincerely,

*[signature]*
Rose Camilleri

*[Handwritten note:]* Plaintiff's time to amend (either pro se or through new counsel) is extended to 5/10/13. Answer due 5/31/13. 3/18/13 status conference adjourned to June 10, 2013 at 3:30 pm. So Ordered.

*[signature]*
Cathy Seibel, U.S.D.J.

Dated: 2/14/13

# FAX COVER SHEET

| | |
|---|---|
| TO | Hon. Cathy Seibel |
| COMPANY | Fed BLDG US Courthouse |
| FAX NUMBER | 19143904278 |
| FROM | Charles Camilleri |
| DATE | 2013-02-14 21:06:33 GMT |
| RE | Rose Camilleri V. Zales Corporation, 12 CV 3298 |

## COVER MESSAGE

TO: Hon. Cathry Seibel

FROM: Rose Camilleri